No. 391, Misc. TAYLOR *v.* UNITED STATES. The joint motion to refer this case to the United States District Court for the Eastern District of Virginia granted, and the case is referred to that court for consideration of the settlement agreement. *Elmer B. Gower* for petitioner. *Solicitor General Marshall* for the United States.

No. 298, Misc. WHITTLE, ADMINISTRATOR *v.* TAWES, GOVERNOR OF MARYLAND. D. C. Md. Motion for leave to file petition for writ of certiorari denied. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Fred Oken,* Assistant Attorney General, for respondent.

No. 146, Misc. HALEY *v.* WILSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Horace Wheatley,* Deputy Attorneys General, for respondents.

No. 203, Misc. SIMMONS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 230, Misc. MILLS *v.* HOLMAN, WARDEN; and

No. 289, Misc. SANCHEZ *v.* PITCHESS. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 553, Misc. SIMPSON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. Motion for leave to file petition for writ of prohibition and/or mandamus denied. *Maxwell Keith* for petitioner. *Moses Lasky* for Union Oil Co. of California, defendant below, in opposition to the motion.